1

2

3

4

5

6

7                               NOT FOR CITATION

8                 **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                            **SAN JOSE DIVISION**

11

12   KHALID MOHAMMAD,                    Case Number C 05-5362

13                    Plaintiff,         ORDER[1] GRANTING APPLICATION
                                         TO PROCEED *IN FORMA PAUPERIS*
14           v.

15   DIAZ BROTHERS BAIL BONDS,

16                    Defendant.

17

18          On February 1, 2006, this Court issued an order dismissing Plaintiff Khalid Mohammad's

19   complaint with leave to amend and denying Plaintiff's application to proceed *in forma pauperis*

20   on the ground that this Court lacked subject matter jurisdiction over the complaint.  As

21   Magistrate Judge Patricia Trumbull explained in her Order reassigning the instant action to this

22   Court and recommending that it be dismissed with leave to amend, the Court lacked subject

23   matter jurisdiction over the original complaint "in that the Plaintiff alleges diversity of

24   citizenship as the sole basis for federal jurisdiction when both the Plaintiff and Defendant appear

25   to be citizens of California."  In order to establish federal diversity jurisdiction, a plaintiff must

26   show that a dispute has arisen between citizens of different states and that the sum or value in

27   _____

28          [1] This disposition is not designated for publication and may not be cited.

Case No. C 05-5362
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)

1  controversy exceeds $75,000.  28 U.S.C. § 1332(a).

2        On February 2, 2006, Plaintiff filed an amended complaint.  Plaintiff alleges that he is a

3  resident of the state of New York, *see* Ex. D (New York State identification card issued on

4  October 3, 2005), but currently uses the address of a California shelter for the homeless as a

5  mailing address because he "is currently serving a wrongful probation sentence in California and

6  therefore is unable to leave the State of California."  The Seventh Circuit, agreeing with four

7  other circuits, has held that "since domicile is a voluntary status, a forcible change in a person's

8  state of residence does not alter his domicile; hence the domicile of the prisoner before he was

9  imprisoned is presumed to remain his domicile while he is in prison."  *Sullivan v. Freeman*, 944

10 F.2d 334, 337 (7th Cir. 1991) (citing *Stifel v. Hopkins*, 477 F.2d 1116 (6th Cir.1973) (per

11 curiam); *Housand v. Heiman*, 594 F.2d 923, 925 n. 5 (2d Cir.1979) (per curiam); *Jones v.*

12 *Hadican*, 552 F.2d 249 (8th Cir.1977); *Polakoff v. Henderson*, 370 F.Supp. 690, 693

13 (N.D.Ga.1973), *aff'd per curiam*, 488 F.2d 977 (5th Cir.1974)).  Accordingly, because Plaintiff

14 and Defendant are citizens of different states and Plaintiff seeks damages in the amount of

15 $80,000, this Court has jurisdiction over Plaintiff's complaint pursuant to diversity jurisdiction.

16 Additionally, while it is not clear from its face that the complaint has potential merit, it is

17 possible to construe the complaint as stating a claim upon which relief may be granted.

18       On June 5, 2006, Plaintiff filed an application to proceed *in forma pauperis*.  Pursuant to

19 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma*

20 *pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to

21 pursue the action.  28 U.S.C. § 1915(a)(1).  The Court is satisfied that Plaintiff cannot pay the

22 filing fee and that the instant action is not frivolous or without merit and therefore will grant the

23 instant application to proceed *in forma pauperis*.

24       IT IS SO ORDERED.

25
26 DATED:  June 29, 2006

27
                                                    JEREMY FOGEL
28                                                  United States District Judge

                                                    2

1    This Order has been served upon the following persons:

2    Khalid Mohammad
     3050 Lexington Court
3    Marina, CA 93933

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3